**JS-6**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANOVER INSURANCE COMPANY, a New Hampshire corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>CPG FOODS, LLC, a California limited liability company; MATTHEW H. WONG, a California resident,<br><br>        Defendants. | Case No. CV12-08473-PA (JCGx)<br><br>**ORDER FOR RESCISSION OF EMPLOYMENT PRACTICES LIABILITY INSURANCE POLICY AND DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>The Honorable Percy Anderson |

Based upon the stipulation of the parties for an order for the rescission of the employment practices liability insurance ("EPL") policy issued by Hanover to CPG Foods, LLC ("CPG") bearing policy No. LH3 9553719 00 for the policy period May 15, 2012 to May 15, 2013 ("Hanover Policy") and for the dismissal of the captioned action ("Hanover Action") in its entirety with prejudice as to all claims and parties, and good cause appearing therefor;

IT IS HEREBY ORDERED as follows:

1.    The Hanover Policy is rescinded in its entirety and is void *ab initio* and

1  provides no insurance coverage whatsoever to any person or entity for any claim or
2  matter.
3      2.    Hanover has no duty or obligation to pay for, or reimburse any amount
4  to any person or entity pursuant to the Hanover Policy or to defend, to provide
5  reimbursement for defense fees or other costs, to indemnify or to pay for or provide
6  reimbursement for any settlements, awards or judgments, no matter how
7  denominated which have heretofore or may hereafter be incurred or expended by
8  any party or entity, including but not limited to, the CPG Parties, in connection with
9  any claims whatsoever, including but not limited to, the claims asserted in the
10 actions *German Sanchez et al. v. CPG Foods, LLC, et al.,* Los Angeles County
11 Superior Court Case No. BC 488418 and *German Sanchez et al. v. CPG Foods,*
12 *LLC, et al.,* Los Angeles County Superior Court Case No. BC 487187.
13     3.    The Hanover Action is dismissed in its entirety with prejudice as to all
14 claims and parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each of the
15 Parties to bear its or his own legal fees and costs incurred in connection with that
16 action.

17
18 DATED: September 4, 2013 _____
    UNITED STATES DISTRICT JUDGE